# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ROCK ISLAND AUCTION COMPANY | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2642-S-BN |
| BOB G. DEAN, JR., and HERITAGE AUCTIONS INC. | § § § | |

## ORDER

This Order addresses Plaintiff's Ex-Parte Motion on Expedited Basis for Order for Pre-Judgment Writ of Attachment or, Alternatively, Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 3] and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Recommendation") [ECF No. 7]. In the Recommendation filed on December 6, 2023, the United States Magistrate Judge recommended that the Court deny the Motion. Recommendation 2. Since then, Plaintiff filed an Amended Complaint and Petition to Confirm Arbitration Award [ECF No. 9] and a second Ex-Parte Motion on Expedited Basis for Order for Pre-Judgment Writ of Attachment or, Alternatively, Temporary Restraining Order and Preliminary Injunction [ECF No. 11]. Accordingly, the Court **TERMINATES AS MOOT** the Ex-Parte Motion on Expedited Basis for Order for Pre-Judgment Writ of Attachment or, Alternatively, Temporary Restraining Order and Preliminary Injunction [ECF No. 3] and likewise, **TERMINATES AS MOOT** the Findings, Conclusions, and Recommendation of the United Magistrate Judge [ECF No. 7].

**SO ORDERED.**

SIGNED December 20, 2023.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**